**Dismissed and Opinion Filed October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00695-CR

**THANH NGOC NGUYEN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-35263-J**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Molberg

Before the Court is appellant's July 3, 2019 motion to voluntarily dismiss this appeal. The

motion is signed by appellant and his attorney. See TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.

/Ken Molberg//
KEN MOLBERG
Do Not Publish                     JUSTICE
TEX. R. APP. P. 47.2(b)

190695f.u05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

THANH NGOC NGUYEN, Appellant

No. 05-19-00695-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F17-35263-J.
Opinion delivered by Justice Molberg.
Justices Bridges and Partida-Kipness
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 10th day of October, 2019.